Murathan Oktar, Esq.
Tunc Law Firm P.C.
1750 E Golf Rd, Suite 1124
Schaumburg, Illinois, 60173
(312) 224-8811
moktar@tunclawfirm.com

*Attorney for Ilkhomzhon Turdiev*

Acknowledged. Case dismissed without prejudice.

JRS, CJ, 6/3/2026.

Distribution to all counsel of record via CM/ECF.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

ILKHOMZHON TURDIEV

       *Petitioner*

vs.

1.Brison Swearingen, Warden of Clay County

Justice Center;

2.Robert Cerna, Acting  Field Office

Director, Enforcement and Removal

Operations;

3.Todd Lyons, Acting Director, U.S.

Immigration and Customs

Enforcement;

4.Markwayne Mullin, Secretary, U.S.

   .Department of Homeland Security,

       *Respondents*.

Case No.: **2:26-cv-00391**

**NOTICE OF VOLUNTARY**

**DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above-entitled action without prejudice against Respondent(s).

Respectfully submitted,          `

/s/:*Murathan Oktar*

Murathan Oktar, Esq

June 2, 2026                              Attorney for Petitioner

.